IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

GRAMERCY INSURANCE COMPANY :
5000 Quorum Drive, Suite 111
Dallas, TX 75254 : Civil Action No. 3:12-CV-509

        Plaintiff, : Judge Haynes

v. :

EXPEDITOR'S EXPRESS, INC. :
P.O. Box 79
Madison, TN 37116 :

and :

JOHN TULLIS :
616 Kinsey Blvd.
Madison, TN 37115 :

and :

WILLIAM LITTLEFIELD :
dba LITTLEFIELD BROTHERS,
a sole proprietorship :
242 West Main Street, #387
Hendersonville, TN 37075 :

and :

SHIRLEY A. BROWN, Administrator :
of Estate of Donald D. Underwood
169 N. Imperial Drive :
Denison, TX 75020

        Defendants.

## MOTION FOR CASE MANAGEMENT ORDER

Comes the Plaintiff, Gramercy Insurance Company, and, pursuant to L.R. 16.01, moves the Court for a Case Management Order. This matter was before the Court on July 16, 2012 for an initial case management conference. A transcript of the proceedings has been filed [Doc. 12]. The Court instructed the parties to either agree the matter could be resolved by motion or submit a Proposed Case Management Order setting out their respective positions. The parties could not agree this matter can be resolved by motion and so a Proposed Case Management Order