IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GRAMERCY INSURANCE COMPANY<br>5000 Quorum Drive, Suite 111<br>Dallas, TX 75254 | :<br>:<br>: | Civil Action No. 3:12-CV-509 |
| Plaintiff, | : | Judge Haynes |
| v. | : | |
| EXPEDITOR'S EXPRESS, INC.<br>P.O. Box 79<br>Madison, TN 37116 | :<br>:<br>: | |
| and | : | |
| JOHN TULLIS<br>616 Kinsey Blvd.<br>Madison, TN 37115 | :<br>:<br>: | |
| and | : | |
| WILLIAM LITTLEFIELD<br>dba LITTLEFIELD BROTHERS,<br>a sole proprietorship<br>242 West Main Street, #387<br>Hendersonville, TN 37075 | :<br>:<br>:<br>:<br>: | |
| and | : | |
| SHIRLEY A. BROWN, Administrator<br>of Estate of Donald D. Underwood<br>169 N. Imperial Drive<br>Denison, TX 75020 | :<br>:<br>:<br>: | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Gramercy Insurance Company, pursuant to Rule 12 of the *Federal Rules of Civil Procedure*, moves the Court for judgment on the pleadings. All relevant facts have been established by the pleadings in this declaratory judgment action. The trucker's policy issued by Gramercy Insurance Company to Expeditor's Express, Inc. [Doc. 10] does not provide coverage to Expeditor's Express, Inc., or any other party, for the claim presented by Shirley A. Brown, Administrator of the Estate of Donald D. Underwood, arising out of a vehicular accident which

1

occurred on August 5, 2010 in which Mr. Underwood lost his life. The position of Gramercy Insurance Company is more fully set forth in the accompanying Memorandum in Support. Gramercy Insurance Company moves the Court for judgment on the pleadings that the policy provides no coverage for claims against Expeditor's Express, Inc. and others arising out of the accident and the death of Mr. Underwood.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By:   s/Steven W. Keyt
**STEVEN W. KEYT (009200)**
*Attorneys for Plaintiff Gramercy Insurance Company*
801 Broad Street, Third Floor
Chattanooga, TN 37402
Phone: (423) 265-0214
Fax: (423) 267-6625
Email: steven.keyt@leitnerfirm.com

### CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Grace E. Daniell, Esq.
620 Lindsay Street, Suite 210
Chattanooga, TN 37403

*Via U.S. Mail*
William Littlefield
1023 Fontaine Drive
Goodlettsville, TN 37072

*Via U.S. Mail*
John Tullis
616 Kinsey Blvd
Madison, TN 37115

This   30th   day of   October  , 2012.

By: s/Steven W. Keyt