IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GRAMERCY INSURANCE COMPANY<br>5000 Quorum Drive, Suite 111<br>Dallas, TX 75254 | : <br> : <br> : | Civil Action No. 3:12-CV-509 |
| Plaintiff, | : | Judge Haynes |
| v. | : | |
| EXPEDITOR'S EXPRESS, INC.<br>P.O. Box 79<br>Madison, TN 37116 | : <br> : <br> : | |
| and | : | |
| JOHN TULLIS<br>616 Kinsey Blvd.<br>Madison, TN 37115 | : <br> : <br> : | |
| and | : | |
| WILLIAM LITTLEFIELD<br>dba LITTLEFIELD BROTHERS,<br>a sole proprietorship<br>242 West Main Street, #387<br>Hendersonville, TN 37075 | : <br> : <br> : <br> : <br> : | |
| and | : | |
| SHIRLEY A. BROWN, Administrator<br>of Estate of Donald D. Underwood<br>169 N. Imperial Drive<br>Denison, TX 75020 | : <br> : <br> : <br> : | |
| Defendants. | | |

*Handwritten note: "Oursel, The motion is GRANTED. William [signature] 11-26-12"*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM – L.R. 7.01(b)

Gramercy Insurance Company, pursuant to L.R. 7.01(b), moves the Court for leave to file a reply memorandum in this matter. In support thereof, Gramercy Insurance Company respectfully submits the Response of Shirley A. Brown may create some confusion concerning whether or not the pleadings establish the requisite facts to support the Plaintiff's Motion for Judgment on the Pleadings. Gramercy Insurance Company seeks to clarify this matter and demonstrate to the Court the pleadings establish the requisite facts.

1