IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRAMERCY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) CASE NO. 3:12-0509 ) Chief Judge Haynes ) |
| v. | ) ) |
| EXPEDITOR'S EXPRESS, INC., JOHN TULLIS, WILLIAM LITTLEFIELD and SHIRLEY A. BROWN, | ) ) ) ) ) |
| Defendants. | ) |

ORDER

In light of the Plaintiff's notice of the state rehabilitation Order staying its ability to proceed in this action, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party. Plaintiff's motion for judgment (Docket Entry No. 20) is **DENIED without prejudice as moot.**

It is so **ORDERED**.

ENTERED this the 20th day of March, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court