# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

GRAMERCY INSURANCE COMPANY,   )
               )
   Plaintiff.        )
               )
v.             )  Case No. 3:12-0509
               )  Chief Judge Haynes
EXPEDITOR'S EXPRESS, INC., et al.,  )
               )
   Defendants.      )

## O R D E R

Before the Court is Plaintiff's motion for judgment on the pleadings (Docket Entry No. 30). Plaintiff contends that the trucker's policy issued by Gramercy Insurance Company to Expeditor's Express, Inc. does not provide coverage to Expeditor's Express, Inc. or any other party for the claims presented by Shirley A. Brown, Administrator of the Estate of Donald D. Underwood, in the action arising out of a vehicular accident. Gramercy Insurance Company also asserts that its policy does not provide coverage for claims against Expeditor's Express, Inc. and others arising out of the accident and the death of Mr. Underwood. To date, none of the Defendants has filed a response within the time provided that under Local Rule 7.01(b) can be construed as not opposing this motion. Thus, the Plaintiff's motion for judgment on the pleadings (Docket Entry No. 30) is **GRANTED** and this Judgment is **AWARDED** to Plaintiff.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 1st day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court