UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GRAMERCY INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-509 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| EXPEDITOR'S EXPRESS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 1, 2013.

KEITH THROCKMORTON, CLERK

s/ Leathelia Fernandez Allen
Deputy Clerk