IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRAMERCY INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) EXPEDITOR'S EXPRESS, INC., et. al., ) ) Defendants. ) ) | No. 3:12-cv-509 Chief Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Brown's motion to alter or amend the judgment and for relief from the judgment (Docket Entry No. 34) is **GRANTED**. In addition, the Plaintiff's motion for judgment on the pleadings (Docket Entry No. 20) is **GRANTED**. This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this 16th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court.