IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GRAMERCY INSURANCE COMPANY<br>5000 Quorum Drive, Suite 111<br>Dallas, TX 75254 | Civil Action No. 3:12-CV-0509 |
| Plaintiff, | JUDGE HAYNES |
| v. | |
| EXPEDITOR'S EXPRESS, INC.<br>P.O. Box 79<br>Madison, TN 37116 | |
| and | |
| JOHN TULLIS<br>616 Kinsey Boulevard<br>Madison, TN 37115 | |
| and | |
| WILLIAM LITTLEFIELD<br>d/b/a LITTLEFIELD BROTHERS,<br>a sole proprietorship<br>242 West Main Street, #387<br>Hendersonville, TN 37075 | |
| and | |
| SHIRLEY A. BROWN, Administrator of<br>Estate of DONALD D. UNDERWOOD<br>169 N. Imperial Drive<br>Denison, TX 75020 | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Shirley A. Brown, Administrator of the Estate of

Donald D. Underwood, hereby appeals to the United States Court of Appeals for the Sixth

Circuit from the Order granting Plaintiff's Motion for Judgment on the Pleadings entered in this action on the 16th day of July, 2013.

                Respectfully submitted,

                **GRACE E. DANIELL, P.C.**

                BY: /s/ Grace E. Daniell
                    Grace E. Daniell, BPR # 012045
                    Attorney for Defendant,
                      Shirley A. Brown
                    620 Lindsay St., Suite 210
                    Chattanooga, TN  37403
                    (423) 266-3179
                    (423) 634-8991 (Facsimile)

### CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Steven W. Keyt, Esq.
Leitner, Williams, Dooley
  & Napolitan, PLLC
801 Broad Street
Third Floor, Pioneer Building
Chattanooga, TN  37402

William Littlefield
1023 Fontaine Drive
Goodlettsville, TN 37072
(VIA US MAIL)

John Tullis
616 Kinsey Blvd.
Madison, TN  37115
(VIA US MAIL)

                    /s/ Grace E. Daniell
                    Grace E. Daniell

2