No. 13-6058

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 01, 2013
DEBORAH S. HUNT, Clerk

GRAMERCY INSURANCE COMPANY, )
)
    Plaintiff-Appellee, )
)
v. ) O R D E R
)
EXPEDITOR'S EXPRESS, INC.; JOHN TULLIS; )
WILLIAM LITTLEFIELD, dba Littlefield )
Brothers, )
)
    Defendants, )
)
SHIRLEY A. BROWN, Administrator of Estate of )
Donald D. Underwood, )
)
    Defendant-Appellant. )
)

    Appellant Shirley A. Brown and Appellee Gramercy Insurance Company jointly move to hold this appeal in abeyance in light of proceedings of the Tennessee Insurance Guaranty Association with repsect to Gramercy.

    The motion is GRANTED, and this appeal shall be held in abeyance pending further order. The parties are directed to file a written status report every 60 days, with the first such report due the 60th day from entry of this order.

                              ENTERED PURSUANT TO RULE 45(a)
                              RULES OF THE SIXTH CIRCUIT

                              Deborah S. Hunt, Clerk

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 01, 2013

Ms. Grace E. Daniell
Law Office
620 Lindsay Street
Suite 210
Chattanooga, TN 37403-0000

Mr. Steven Warren Keyt
Leitner, Williams, Dooley & Napolitan
801 Broad Street
Third Floor
Chattanooga, TN 37402

Re: Case No. 13-6058, *Gramercy Insurance Company v. Expeditor's Express, Inc., et al*
Originating Case No. : 3:12-cv-00509

Dear Counsel,

The Court issued the enclosed Order today in this case.  Please email your status reports to:

ROY_FORD@CA6.USCOURTS.GOV

                              Sincerely yours,

                              s/Roy G. Ford
                              Case Manager
                              Direct Dial No. 513-564-7016

cc:  Mr. Keith Throckmorton

Enclosure