| | |
|---|---|
| GRAMERCY INSURANCE COMPANY<br>5000 Quorum Drive, Suite 111<br>Dallas, TX 75254<br><br>    Plaintiff,<br><br>v.<br><br>EXPEDITOR'S EXPRESS, INC.<br>P.O. Box 79<br>Madison, TN 37116<br><br>and<br><br>JOHN TULLIS<br>616 Kinsey Boulevard<br>Madison, TN 37115<br><br>and<br><br>WILLIAM LITTLEFIELD<br>d/b/a LITTLEFIELD BROTHERS,<br>a sole proprietorship<br>242 West Main Street, #387<br>Hendersonville, TN 37075<br><br>and<br><br>SHIRLEY A. BROWN, Administrator of<br>Estate of DONALD D. UNDERWOOD<br>169 N. Imperial Drive<br>Denison, TX 75020<br><br>    Defendants. | Civil Action No. 3:12-CV-0509<br><br>JUDGE HAYNES/BRYANT |

## PLAINTIFF'S MOTION TO DISMISS

Now comes the Plaintiff, Gramercy Insurance Company, by and through counsel, and moves the Court to dismiss the present action without prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(2).

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC


BY: /s/ Steven W. Keyt
Steven W. Keyt, BPR #009200
Attorney for Plaintiff
Tallan Building, Suite 500
200 W. Martin Luther King Boulevard
Chattanooga, TN 37402
(423) 265-0214
(423) 266-5490 (Facsimile)


## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, a copy of the foregoing **PLAINTIFF'S MOTION TO DISMISS** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Grace E. Daniell
*Attorneys for Defendant, Shirley A. Brown, Administrator*
*of the Estate of Donald D. Underwood*
620 Lindsay Street, Suite 210
Chattanooga, TN 37403

*Via U.S. Mail*
William Littlefield
1023 Fontaine Drive
Goodlettsville, TN 37072

*Via U.S. Mail*
John Tullis
616 Kinsey Blvd
Madison, TN 37115


BY: /s/ Steven W. Keyt
Steven W. Keyt