IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GRAMERCY INSURANCE COMPANY<br>5000 Quorum Drive, Suite 111<br>Dallas, TX 75254<br><br>    Plaintiff,<br><br>v.<br><br>EXPEDITOR'S EXPRESS, INC.<br>P.O. Box 79<br>Madison, TN 37116<br><br>and<br><br>JOHN TULLIS<br>616 Kinsey Boulevard<br>Madison, TN 37115<br><br>and<br><br>WILLIAM LITTLEFIELD<br>d/b/a LITTLEFIELD BROTHERS,<br>a sole proprietorship<br>242 West Main Street, #387<br>Hendersonville, TN 37075<br><br>and<br><br>SHIRLEY A. BROWN, Administrator of<br>Estate of DONALD D. UNDERWOOD<br>169 N. Imperial Drive<br>Denison, TX 75020<br><br>    Defendants. | Civil Action No. 3:12-CV-0509<br><br>JUDGE HAYNES/BRYANT |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action by submitting this Stipulation of Dismissal signed by all parties who have appeared. It is agreed the dismissal will

be with prejudice. Taxation of costs, including attorney fees, is specifically waived by the parties.

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

BY: /s/ Steven W. Keyt
Steven W. Keyt, BPR #009200
Attorney for Plaintiff
Tallan Building, Suite 500
200 W. Martin Luther King Boulevard
Chattanooga, TN 37402
(423) 265-0214
(423) 266-5490 (Facsimile)

**GRACE E. DANIELL, P.C.**

BY: /s/ Grace E. Daniell
Grace E. Daniell, BPR #012045
620 Lindsay Street, Suite 210
Chattanooga, TN 37403
(423) 266-3179
(423) 634-8991 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, a copy of this Stipulation of Dismissal was served by U.S. Mail on the following:

William Littlefield
242 West Main Street, #387
Hendersonville, TN 37075

John Tullis
616 Kinsey Blvd.
Madison, TN 37115

BY: /s/ Steven W. Keyt
Steven W. Keyt