IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GRAMERCY INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 3:12-cv-00509 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| EXPEDITOR'S EXPRESS, INC., et al, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' stipulation of dismissal of all claims pending in this action. (Docket Entry No. 60). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 5th day of August, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge