UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRAMERCY INSURANCE COMPANY )<br>    Plaintiff )<br>)<br>v. )<br>)<br>EXPEDITOR'S EXPRESS, INC., ET AL. )<br>    Defendants ) | Case No. 3:12-cv-509 |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 6, 2015.


    KEITH THROCKMORTON, CLERK

    /s/ Debby Sawyer